**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHANDAR A. SNOW,<br><br>    Petitioner,<br><br>    v.<br><br>B. A. BLEDSOE, WARDEN,<br><br>    Respondent. | CIVIL ACTION NO. 3:12-CV-0882<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW** this 18th day of September, 2012, after consideration of the Report and Recommendation of Magistrate Judge Blewitt (Doc. 7), **IT IS HEREBY ORDERED** that:

(1)     The Report and Recommendation (Doc. 7) is **ADOPTED.**

(2)     Plaintiff's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED** for lack of jurisdiction.

(3)     Plaintiff's Motion for Leave to Proceed in forma pauperis (Doc. 2) is **GRANTED**.

(4)     The Clerk of Court is directed to **CLOSE** this case.

                                                          /s/ A. Richard Caputo

                                                          A. Richard Caputo
                                                          United States District Judge