**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CHANDAR A. SNOW,

    Petitioner,

        v.

B. A. BLEDSOE, WARDEN,

    Respondent.

CIVIL ACTION NO. 3:12-CV-0882

(JUDGE CAPUTO)

## ORDER

**NOW** this 18th day of September, 2012, after consideration of the Report and Recommendation of Magistrate Judge Blewitt (Doc. 7), **IT IS HEREBY ORDERED** that:

(1)    The Report and Recommendation (Doc. 7) is **ADOPTED.**

(2)    Plaintiff's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED** for lack of jurisdiction.

(3)    Plaintiff's Motion for Leave to Proceed in forma pauperis (Doc. 2) is **GRANTED**.

(4)    The Clerk of Court is directed to **CLOSE** this case.

/s/ A. Richard Caputo

A. Richard Caputo
United States District Judge